William A. STAPLES, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 17554.

United States Court of Appeals
District of Columbia Circuit.

Argued Dec. 2, 1963.

Decided Dec. 12, 1963.

Certiorari Denied March 23, 1964.
See 84 S.Ct. 978.

Mr. Josiah Lyman, Washington, D. C.,
with whom Mr. William J. Garber, Washington, D. C., was on the brief, for appellant.

Mr. Gerald A. Messerman, Asst. U. S.
Atty., with whom Messrs. David C. Acheson, U. S. Atty., Frank Q. Nebeker and
Victor W. Caputy, Asst. U. S. Attys.,
were on the brief, for appellee.

Before BAZELON, Chief Judge, and
FAHY and WRIGHT, Circuit Judges.

PER CURIAM.

The search which resulted in obtaining
evidence introduced at the trial over objection was incidental to an arrest for
violation of the narcotic laws. This arrest was made on probable cause and,
therefore, was valid.

We need not pass upon whether or not
the search and the seizure of this evidence were valid as incidental to an arrest also made in connection with an attachment to compel appellant's attendance as a witness at a trial then pending
in the District Court.

Finding no error in connection with
the admission of the evidence referred to,
or in other respects affecting substantial
rights, the judgment of conviction is

Affirmed.